UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW ROWE and LESLIE ROWE,<br><br>Plaintiffs,<br><br>v.<br><br>SUNSWEET GROWERS, INC., GRAHAM PACKAGING, L.P., GRAHAM PACKAGING COMPANY, INC., GRAHAM PACKAGING HOLDINGS COMPANY, SILGAN WHITE CAP, LLC, and JOHN DOES 1-20.,<br><br>Defendants.<br><br>GRAHAM PACKAGING COMPANY, L.P., GRAHAM PACKAGING COMPANY, INC., GRAHAM PACKAGING HOLDINGS COMPANY,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>SILGAN WHITE CAP,<br><br>Third-Party Defendant, | Civil Action No. 12-06619 (SDW)(MCA)<br><br>REPORT AND RECOMMENDATION |

**THIS MATTER** comes before the Court by way of Plaintiffs Andrew Rowe and Leslie Rowe's ("Plaintiffs") motion seeking leave to file a Third Amended Complaint joining a non-diverse defendant and to remand this action, pursuant to 28 U.S.C. § 1447, to the New Jersey

Superior Court, Law Division, Essex County, (Dkt. No. 76-1); and Defendants Silgan White Cap, LLC ("Silgan") and Defendant Sunsweet Growers, Inc. having opposed Plaintiffs' motion, (Dkt. Nos. 81-82); and the Court having considered the papers submitted in support of and in opposition to the motion; and the Court having heard oral argument on December 19, 2013; and the Court having granted Plaintiffs' Motion for leave to file a Third Amended Complaint (Dkt. No. 86); and for the reasons expressed on the record; and for good cause shown;

**IT IS** on this 6th day of January, 2014,

**RECOMMENDED** that Plaintiffs' motion to remand this matter to the New Jersey Superior Court, Law Division, Essex County be **GRANTED**.

The parties have fourteen (14) days from the date hereof to file objections.

                                            s/Madeline Cox Arleo
                                        **HONORABLE MADELINE COX ARLEO**
                                        **UNITED STATES MAGISTRATE JUDGE**

cc:      Hon. Susan D. Wigenton, U.S.D.J.
          Clerk of the Court
          All Parties
          File