UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW ROWE and LESLIE ROWE, : | |
| : | Civil Action No. 12-6619 (SDW)(MCA) |
| Plaintiffs, : | |
| v. : | |
| : | **ORDER** |
| SUNSWEET GROWERS, INC., GRAHAM : | |
| PACKAGING, L.P. GRAHAM : | |
| PACKAGING COMPANY, INC., : | January 27, 2014 |
| GRAHAM PACKAGING HOLDINGS : | |
| COMPANY, SILGAN WHITE CAP, LLC, : | |
| and John Does 1-20, : | |
| : | |
| Defendants. : | |
| GRAHAM PACKAGING COMPANY, L.P., : | |
| GRAHAM PACKAGING COMPANY, : | |
| INC., GRAHAM PACKAGING HOLDINGS : | |
| COMPANY, : | |
| : | |
| Defendants/Third-Party Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| SILGAN WHITE CAP, : | |
| : | |
| Third-Party Defendant. : | |
| : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed January 7, 2014, regarding Plaintiffs Andrew Rowe and Leslie Rowe's ("Plaintiffs") Motion to Remand this action pursuant to 28 U.S.C. § 1337. No objections to the R&R have been filed.

The Court has reviewed the R&R and related documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS**, on this 27th day of January, 2014,

**ORDERED** that the R&R of Magistrate Judge Arleo is **ADOPTED** by this Court; and it is further

**ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**.

**SO ORDERED.**

<u>s/Susan D. Wigenton, U.S.D.J.</u>

cc: Magistrate Judge Madeline C. Arleo